UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INDRANI BEKIEMPIS,

    Plaintiff,

v.                                                                                  Case No: 8:16-cv-192-T-27TGW

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 17). Plaintiff states that Defendant "has no objections to this motion for fees except that the Commissioner believes the motion is premature and should not be ruled on until 60 days after judgment has been filed." (Dkt. 17 at 2). The time to file opposition to the motion has expired and the motion is therefore deemed unopposed. Upon consideration, the Motion (Dkt. 17) is **GRANTED**. Pursuant to 28 U.S.C. § 2412(d), Plaintiff is awarded $400.00 in costs and $6,674.64 in EAJA fees for 34.80 hours of work at a rate of $191.80 per hour, both of which are reasonable, within **sixty (60) days** of the date of this Order, subject to reasonable extensions for good cause if shown.

**DONE AND ORDERED** this 3rd day of April, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record

1